**3**

TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 12-17575-B-7 |
| | Chapter 7 |
| DANIEL STANLEY GOMES aka Stan Gomes, dba M.F. Gomes & Sons Dairy, dba Gomes and Gomes and DIANE MARIE GOMES, aka Diane M. Gomez, | DC#: TMT-2 |
| | Date: May 29, 2013 |
| | Time: 10:00 a.m. |
| | Dept.: B, Courtroom 12, Fresno |
| Debtors. | Honorable W. Richard Lee |

**MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of DANIEL STANLEY GOMES and DIANE MARIE GOMES ("Debtors"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1. Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2. Debtors filed under Chapter 7 of the Bankruptcy Code on August 31, 2012, and an order for relief was entered.

3. This Court has jurisdiction over this proceeding under 28

1

U.S.C. §1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate are a 2007 Chevrolet Silverado ("Silverado"), VIN 2GCEC19C471682718, License Number 8M04357, and a 2008 GMC Acadia ("Acadia"), VIN 1GKER23768J184158, License Number 5ZCY250 ("Personal Property").

5. Trustee's agent values the Silverado at $7,500.00, which is unencumbered, and Debtors have claimed an exemption of $725.00.

6. Trustee's agent values the Acadia at $17,500.00. There is a lien on the Acadia of $11,000.00, and Debtors have claimed an exemption of $2,000.00.

7. Trustee has received and accepted an offer from the Debtors to purchase the non-exempt equity in the Personal Property for $10,000.00. Trustee is currently holding these funds pending Court approval of the sale.

8. Trustee believes that this is a fair and equitable price for the Personal Property. If the Trustee were to auction and receive full value for the Personal Property at those values, after paying 15% commission of $3,750.00, the Debtors' exemptions of $2,725.00, and the Debtors' lien of $11,000.00, approximately $7,525.00 would be generated to the bankruptcy estate.

9. The price to be received at auction is never certain, and the delay involved in auctioning these assets is not warranted.

10. There will be no adverse tax consequences to the estate as a result of the sale.

11. Based on her business judgment, Trustee believes that the

sale of the above-described Personal Property is in the best interest of the creditors of this estate and all parties in interest.

    12. Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

WHEREFORE, Trustee prays

1. That the Motion be granted;

2. That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the above Personal Property to Debtors for $10,000.00;

3. That the provisions of Bankruptcy Rule 6004(h) be waived; and

4. For such other and further relief as the Court deems just and proper.

DATED: April 17, 2013

                                  By /s/ Trudi G. Manfredo
                                  TRUDI G. MANFREDO,
                                  Chapter 7 Trustee